**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL BRYAN, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN McPHERSON, an individual, ) <br> PAUL CROOK, an individual, ) <br> CORONADO POLICE DEPARTMENT ) <br> and CITY OF CORONADO, a municipal ) <br> corporation and DOES 1 - 20, inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No.  06 CV 1487 LAB (CAB) <br> Magistrate Cathy A. Bencivengo <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER** |

The Court **GRANTS** the parties' Joint Motion for Protective Order filed on June 21, 2007, in the above-captioned action. [Doc. # 39].

**IT IS SO ORDERED.**

DATED: June 22, 2007

　　　　　　　　　　　　　　　　　　　　　　
**CATHY ANN BENCIVENGO**
United States Magistrate Judge