UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BRYAN,<br><br>                           Plaintiff,<br><br>   v.<br><br>BRIAN McPHERSON; PAUL CROOK;<br>CORONADO POLICE DEPARTMENT; and<br>CITY OF CORONADO,<br><br>                         Defendants. | Civil No.   06cv1487-LAB (CAB)<br><br>**ORDER RESETTING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DISCOVERY DEADLINES** |

On July 7, 2007, the parties informed the Court that the deposition of Defendant Brian MacPherson will be reconvened on July 16, 2007. The Court hereby resets the previously vacated hearing date for Defendants' motion for summary judgment ("the motion") and related dates as follows:

1. The motion shall be heard on **August 27, 2007**, at **10:30 a.m.**

2. Plaintiff's opposition is due on or before **August 13, 2007.**

3. Defendants' reply to Plaintiff's opposition is due on or before **August 20, 2007.**

In addition, the Court finds good cause to reset the following discovery deadlines:

1. Plaintiff shall provide his rebuttal expert report on or before **August 10, 2007.**

2. The fact and expert discovery will be completed on or before **August 27, 2007.**

////

////

////

1

1     All other dates remain the same.

2     **IT IS SO ORDERED.**

4 DATED: July 9, 2007

                                              **CATHY ANN BENCIVENGO**
                                              United States Magistrate Judge