UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BRYAN,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>BRYAN McPHERSON, PAUL CROOK, CORONADO POLICE DEPARTMENT, CORONADO, DOES 1-20,<br><br>　　　　　　　　　　Defendants. | CASE NO. 06CV1487-LAB (PCL)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S *EX PARTE* MOTION TO EXTEND TIME IN WHICH TO REPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

　　　　On April 4, 2007, Defendants moved for summary judgment or, in the alternative, summary adjudication ("Defendants' Motion"). The hearing date was extended on May 14, and Plaintiff was at that time encouraged to be diligent in pursuing discovery. On June 15, the new hearing date was vacated pending additional discovery. On August 3, discovery deadlines were reset, and the hearing date for Defendants' Motion was set for August 27, 2007.

　　　　Under Civil Local Rule 7.1(e)(1), Plaintiff's opposition to the Motion was due August 13. On that date, rather than filing his opposition, Plaintiff filed an *ex parte* motion for an extension of time in which to file his opposition ("Motion for Extension"). Plaintiff states that he has had difficulty obtaining discovery from Defendant McPherson, and requests that the deadline for filing his opposition be extended until September 3, 2007. Defendants oppose the Motion for Extension.

///

In support of his Motion for Extension, Plaintiff attaches as an exhibit his motion to compel deposition responses, which Magistrate Judge Cathy Bencivengo granted in part on August 13. Judge Bencivengo's order identified the particular questions Defendant McPherson was ordered to answer, and permitted limited follow-up questions. The total time permitted for this deposition was one hour.

The Court has reviewed the exhibit and notes that Judge Bencivengo did not order Defendant McPherson to answer all questions identified therein, but only certain of them. Of those she ordered him to answer, none appears to be directly related to Defendants' Motion. The questions Plaintiff identified in his motion that Judge Bencivengo ordered Defendant McPherson to answer deal with hypothetical situations materially different from the one giving rise to this action. While Defendant McPherson's answers to hypothetical questions might have some bearing on his own knowledge of proper procedure, they have little to do with Plaintiff's ability to oppose Defendants' Motion.

During the incident in question, Plaintiff and his brother were in a car in the city of Coronado and were stopped by police. What happened next is disputed, but Plaintiff maintains Defendant McPherson Tasered him without good reason. Plaintiff therefore brings claims for direct liability against Defendant McPherson, and claims for vicarious liability against the City of Coronado, the Coronado Police Department, and the police chief.

On these facts, Plaintiff himself and his brother know, or should know what happened leading up to the use of the Taser, and Plaintiff can oppose Defendants' Motion by offering his own testimony, that of his brother, and that of any other witness who was present in opposition to Defendants' Motion. Furthermore, the questions to be asked of Defendant McPherson do not relate directly to what happened at that time.

The questions to be asked of Defendant McPherson at the additional one-hour deposition have little if any bearing on the vicarious liability of the other Defendants. Defendant McPherson has answered questions regarding his training, indicating his memory is limited. (Motion for Extension, Ex. A at 9.) At best, the questions bear on his own state of mind regarding his training, and not whether the other Defendants adequately trained, supervised, or disciplined him. The Court therefore finds it unnecessary to extend the time for opposition as Plaintiff requests.

///

| | |
|---|---|
| 1 | In order to permit Plaintiff to file his opposition to Defendants' Motion and in furtherance of |
| 2 | the policy of deciding cases on the merits, the Court will grant a short extension.  Plaintiff shall file |
| 3 | his opposition to Defendants' Motion no later than Monday, August 20, 2007.  Defendants may file |
| 4 | their reply no later than Monday, August 27, 2007.  The hearing on Defendants' Motion is hereby |
| 5 | **CONTINUED** until Tuesday, September 4, 2007. |

**IT IS SO ORDERED**.

DATED:  August 14, 2007

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge