UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BRYAN,<br><br>                     Plaintiff,<br><br>         v.<br><br>BRIAN McPHERSON; PAUL CROOK;<br>CORONADO POLICE DEPARTMENT; and<br>CITY OF CORONADO,<br><br>                     Defendants. | Civil No.   06cv01487 LAB (CAB)<br><br>**ORDER SCHEDULING DISCOVERY<br>CONFERENCE REGARDING<br>DEPOSITION OF OFFICER McPHERSON** |

On August 13, 2007, this Court held a telephonic conference on Plaintiff's Motion to Compel Deposition Responses from Defendant McPherson.  This Court ordered Defendant McPherson to schedule a one hour, reconvened deposition with Plaintiff no later than August 27, 2004.  On August 17, 2007, the parties contacted the Court and requested a telephonic discovery conference to address the alleged unavailability of Defendant McPherson prior to the August 27, 2007, deadline.  Accordingly, a telephonic discovery conference is scheduled for **August 24, 2007**, at **10:00 a.m.**  Plaintiff's counsel shall coordinate and initiate the call.

Additionally, **Defendant's counsel shall provide a signed, written declaration** that states why Defendant McPherson was unavailable for a one hour deposition between August 14, 2007, and August 27, 2007.  Defendant's counsel is also instructed to provide several dates when Defendant McPherson will be available for the deposition.

///

The parties shall contact this Court **immediately** if they schedule a date for the deposition prior to the discovery conference.

IT IS SO ORDERED.

DATED: August 17, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge