UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BRYAN,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN McPHERSON; PAUL CROOK;<br>CORONADO POLICE DEPARTMENT; CITY<br>OF CORONADO; and DOES 1-20,<br><br>　　　　　　　　　Defendants. | Civil No.   06cv01487 LAB (CAB)<br><br>**ORDER FOLLOWING DISCOVERY<br>CONFERENCE** |

　　　On August 24, 2007, this Court held a telephonic Discovery Conference. Gene Iredale, Esq., and Julia Yoo, Esq., appeared for Plaintiff. Carrie Mitchell, Esq., appeared for Defendants. Having considered the submissions of the parties and the arguments of counsel, the Court HEREBY ORDERS THE FOLLOWING:

　　　(1) The deposition of the Coronado Police Department's Federal Rule of Civil Procedure 30(b)(6) designee regarding Tasers, Sgt. Wall, may be scheduled beyond the discovery cut-off date of August 27, 2007, in order to accommodate the schedule of the witness. No other discovery extensions are granted.

　　　(2) Defendants will produce the report prepared by Officer McPherson concerning a domestic violence call in which he used his Taser, as well as the corresponding use of force report prepared for that incident. The names and identifying information of third parties shall be redacted.

　　　(3) Defendants' request, submitted on August 22, 2007, that this Court: (1) rescind its order

requiring Defendants to pay the costs of the reconvened deposition of Officer McPherson; (2) order Plaintiff to pay Defendants' costs and fees; and (3) strike the use of the deposition transcript, is CONTINUED.  Plaintiff may submit a response to Defendants' request by August 28, 2007.

**IT IS SO ORDERED.**

DATED:  August 28, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge