# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL BRYAN,<br><br>                              Plaintiff,<br>vs.<br>BRYAN McPHERSON, CORONADO POLICE DEPARTMENT, CORONADO, DOES 1-20,<br><br>                              Defendants. | CASE NO. 06CV1487-LAB (PCL)<br><br>**ORDER FOLLOWING PRETRIAL CONFERENCE** |

The parties appeared for a pretrial conference, today, February 11, 2008. For reasons discussed at the hearing, the Court rules as follows:

Defendants shall produce to Plaintiff's counsel an unredacted copy of the police report describing an incident in which Defendant McPherson shot an unidentified man with a Taser in the man's apartment. Although discovery is closed, the parties are given leave to depose the man mentioned in this report. Magistrate Judge Cathy Bencivengo shall supervise this limited additional discovery.

Defendants are granted leave to seek reconsideration of denial of qualified immunity. Plaintiff is given leave to seek reconsideration of the *Monell* claim. Both motions for reconsideration are limited to five pages, not counting any material appended or lodged with the Court. Briefs must be submitted no later than 21 days from the date this order is issued, and replies in opposition to the two briefs are to be submitted no later than 28 days from the date this order is issued.

1 | Motions in limine will be heard on April 7, 2008, at 11:30 a.m. Jury selection will begin on
2 | April 14, 2008 at 3:00 p.m., with trial to commence thereafter.
3 | The Court reserves judgment on the remaining issues at this time.
4 |
5 | **IT IS SO ORDERED**.
6 | DATED: February 11, 2008

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge