|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| CARL BRYAN, | CASE NO. 06CV1487-LAB (PCL) |
| --- | --- |
| Plaintiff, | **ORDER REJECTING PLAINTIFF'S MOTION FOR RECONSIDERATION FOR FILING** |
| vs. | |
| BRYAN McPHERSON, PAUL CROOK, CORONADO POLICE DEPARTMENT, CORONADO, DOES 1-20, | |
| Defendants. | |

On February 11, 2008, following the pretrial conference, the Court issued an order permitting each of the parties to seek reconsideration of certain issues ruled on in its order of February 7, 2008. Pursuant to the suggestion of Plaintiff's counsel at the pretrial conference, the February 11 order limited the length of each party's motion to five pages, not counting any appended or lodged material. Defendant filed a motion slightly over the page limit, which is accepted for filing. Plaintiff, however, without leave filed a motion significantly over-length at eight full pages, not counting the 68 pages of exhibits. Plaintiff's motion (docket number 78) is **REJECTED** for filing and ordered **STRICKEN** from the record. The Clerk shall remove this pleading from the docket.

/ / /

/ / /

/ / /

/ / /

If Plaintiff still wishes to file a motion for reconsideration as permitted in the Court's order of February 11, he may do so no later than Friday, March 7, 2008. Defendants' counsel may file a reply no later than Friday, March 14, 2008.

**IT IS SO ORDERED**.

DATED: March 5, 2008

*[signature]*

**HONORABLE LARRY ALAN Burns**
United States District Judge