1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

CARL BRYAN,

CASE NO. 06CV1487-LAB (PCL)

12

Plaintiff,

vs.

**ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS IN LIMINE**

13

BRYAN McPHERSON, PAUL CROOK, CORONADO POLICE DEPARTMENT, CORONADO, DOES 1-20,

14
15

Defendants.

16
17        On February 11, 2008, the Court issued an order setting the hearing on motions in limine for

18   April 7, 2008 at 11:30 a.m.  As directed in the same order, the parties on March 3 filed additional

19   briefing relating to the Court's ruling on the cross motions for summary judgment.  For purposes of

20   preparing for trial, the parties should assume the Court's order on the cross motions for summary

21   judgment is final.

22        Motions in limine shall be filed and served no later than Friday, March 21, 2008.  Oppositions

23   may be filed no later than Friday, March 28, 2008.  The parties' attention is directed to the "meet and

24   confer" requirement, and other requirements set forth in the Court's standing order, ¶ 12(e).

25        **IT IS SO ORDERED**.

26   DATED:  March 5, 2008

27

28   **HONORABLE LARRY ALAN BURNS**
     United States District Judge

06CV1487